## Case No. 6,609.

### HOLLENBACK v. MILLER et ux.

[3 Cranch, C. C. 176.] [1]

Circuit Court, District of Columbia. May Term, 1827.

TROVER AND CONVERSION — HUSBAND AND WIFE.

Trover will not lie against husband and wife for a conversion to her use only.

[Action of trover by William Hollenback against Michael Miller and wife.] The declaration stated that the defendants converted the goods "to her own use."

J. Dunlop, moved in arrest of judgment, that there cannot be a conversion to the use of the wife during the coverture. 2 Saund. 47, note; Rhemes v. Humphreys, Cro. Car. 254; Perry v. Diggs, Cro. Car. 494.

Judgment arrested (nem. con.) for that reason.